■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN HERRERA, Appellant. [22 NYS3d 825]—Order, Supreme Court, New York County (Ronald A. Zweibel, J.), entered on or about November 24, 2014, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

Substantial justice dictates denial of resentencing, based on consideration of all relevant facts and circumstances. The mitigating factors cited by defendant are outweighed by the fact that he absconded from a drug treatment diversion program, and was convicted of two separate felonies, including robbery, while on parole from the drug conviction at issue (*see e.g. People v Moore*, 112 AD3d 481 [1st Dept 2013], *lv denied* 22 NY3d 1140 [2014]). Concur—Renwick, J.P., Andrias, Saxe and Moskowitz, JJ.